UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| L.S., a minor, by her mother and next friend YASMIN LORENA HERNANDEZ, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>SCOT PETERSON, *et al.*<br><br>*Defendants.* | Case No. 0:18-cv-61577-BB |

# NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, L.S., YASMIN LORENA HERNANDEZ, GIANCARLO MENDOZA, G.E.M., AMALFI MENDOZA, N.V., AYDE VERA, E.T., OLGA MATHURIN, C.M.W., CATHY SANCHEZ, C.D.W., JUDYANN WOLF, A.J.T., LAURIE JO BRANGAN, G.B., JENNIFER BARRERA, AUDREY DIAZ, B.A.J., YUDELQUIS DURAN, K.J.S.H., JUANITA A. VIVES, R.D., DAWN DeLENA, K.J.M. and TANYA McCONNELL, in the above-named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Orders granting Defendants' dispositive Motions to Dismiss (Doc. #'s 50 and 51) dated December 12, 2018, which were docketed into this action on the 13th and 18th days of December, 2018.

Respectfully Submitted,

Dated: December 27, 2018

Law Offices of Conrad J. Benedetto

By: */s/ Kristoffer R. Budhram*
Kristoffer R. Budhram (125950)
*Attorney for Plaintiffs*
50 N Laura St Ste 2500
Jacksonville, FL 32202
(412) 608- 9410
krbudhram@benedettolaw.com

1

## CERTIFICATE OF SERVICE

Undersigned hereby states that on December 27, 2018, he caused the foregoing document to be filed electronically with the United States District Court and that a copy of said document was sent to all counsel of record through the Court's CM/ECF electronic filing system.

*/s/ Kristoffer R. Budhram*