UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

L.S., a minor by her mother and next friend
YASMIN LORENA HERNANDEZ, *et al*.

Case No. 18-cv-61577-BB

*Plaintiffs*,

v.

SCOTT ISRAEL, *et al*.

*Defendants*.

_____/

## STIPULATION TO RESCHEDULE MEDIATION

NOW COME the parties, by and through their respective counsel, having stipulated and agreed based upon a newly developed scheduling conflict on behalf of Plaintiffs, that the mediation conference previously scheduled for April 22, 2019 be rescheduled to May 23, 2019 at 10:00 am. Furthermore, due to the recent retirement of mediator Hugh Chappell, the parties hereby stipulate and agree to select Jesse Faerber, Esquire, as the mediator of this matter. The location of the mediation conference shall remain the same: Mediation Inc., 401 East Las Olas Blvd, #1220, Fort Lauderdale, Florida 33301.

Respectfully Submitted,

By: */s/ Kristoffer R. Budhram*
KRISTOFFER R. BUDHRAM
Fla. Bar No. 125950
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202
(904) 299-5500

By: */s/ Micharl R. Piper*
MICHAEL R. PIPER
Fla. Bar No. 710105
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, FL 33304
(954) 463-0100

*Attorneys for Defendant Scot Peterson*

By: */s/ Solomon M. Radner*
SOLOMON M. RADNER
Admitted Pro Hac Vice
sradner@excololaw.com
26700 Lahser Road, Suite 401
Southfield, MI 48033
(248) 291-9712

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served upon all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on this 20th day of March, 2019.

## SERVICE LIST

*Attorneys for Defendant Robert Runcie*
EUGENE K. PETTIS
Fla. Bar No. 508454
ekpettis@hpslegal.com
KENNETH J. MILLER
Fla. Bar No. 865583
kmiller@hpslegal.com
HALICZER PETTIS & SCHWAMM PA
One Financial Plaza, Seventh Floor
100 SE 3rd Avenue
Fort Lauderdale, FL 33394
(954) 523-9922

*Attorneys for Defendant Scot Peterson*
CHRISTOPHER J. STEARNS
Fla. Bar No. 557870
stearns@jambg.com
MICHAEL R. PIPER
Fla. Bar No. 710105
piper@jambg.com
JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A.
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, FL 33304
(954) 463-0100

*Attorneys for Defendant Andrew Medina*
IRWIN R. GILBERT
Fla. Bar No. 99473
igilbert@kelleykronenberg.com
ERIC M. YESNER
Fla. Bar No. 127219
eyesner@kelleykronenberg.com
KELLEY KRONENBERG
1475 Centrepark Blvd., Suite 275
West Palm Beach, FL 33401
(561) 684-5956

*Attorneys for Defendants Scott Israel and Jan Jordan*
DAVID L. FERGUSON
Fla. Bar No. 981737
ferguson@kolawyers.com
SETH D. HAIMOVITCH
Fla. Bar No. 85939
haimovitch@kolawyers.com
KOPELOWITZ OSTROW FERUGSON WEISELBERG
200 SW 1st Avenue, Suite 1200
Fort Lauderdale, FL 33301
(954) 525-4100

*Attorneys for Defendant Broward County*
ADAM KATZMAN
Senior Assistant County Attorney
Fla. Bar No. 652431
akatzman@broward.org
ANDREW J. MEYERS
Broward County Attorney
Fla. Bar No. 709816
ameyers@broward.org

BROWARD ATTORNEY'S OFFICE
Governmental Center, Suite 423
Fort Lauderdale, FL 33301
(954) 357-7600