UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-61577-BB

L.S., a minor by her mother and next friend
YASMIN LORENA HERNANDEZ, *et al*.

    *Plaintiffs*,

v.

SCOTT ISRAEL, *et al*.

    *Defendants*.

_____/

### STIPULATION TO RE-SCHEDULE MEDIATION IN COMPLIANCE WITH ORDER TO SHOW CAUSE

NOW COME the parties, by and through their respective counsel, having stipulated and agreed pursuant to the Court's order to show cause [DE 69], that the mediation conference previously scheduled for August 8, 2019, be re-scheduled to July 10, 2019, at 10:00 a.m. with mediator, Jesse Faerber, Esquire. The location of the mediation conference shall remain the same: Mediation Inc., 401 East Las Olas Blvd, #1220, Fort Lauderdale, Florida 33301.

Respectfully Submitted,

By: */s/ Kristoffer R. Budhram*
KRISTOFFER R. BUDHRAM
Fla. Bar No. 125950
50 N. Laura Street, Suite 2500
Jacksonville, FL 32202
(904) 299-5500

By: */s/Cristopher J. Stearns*
CHRISTOPHER J. Stearns
Fla. Bar No. 557870
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, FL 33304
(954) 463-0100

By: */s/ Solomon M. Radner*
SOLOMON M. RADNER
Admitted Pro Hac Vice
sradner@excololaw.com
26700 Lahser Road, Suite 401
Southfield, MI 48033
(248) 291-9712

*Attorneys for Defendant Scot Peterson*

*Attorneys for Plaintiff*