**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-cv-61577-BLOOM/Valle**

L.S., a minor by her mother and
next friend YASMIN LORENA
HERNANDEZ, *et al*.,

     Plaintiffs,

v.

SCOT PETERSON, *et al.*,

     Defendants.
_____/

**FINAL JUDGMENT**

     **THIS CAUSE** is before the Court following the Order granting summary judgment in favor of Defendant Scot Peterson, ECF No. [91]. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Defendant Scot Peterson on all claims, in accordance with Rule 58 of the Federal Rules of Civil Procedure.

     **DONE AND ORDERED** in Chambers at Miami, Florida, on October 28, 2019.

                                                _____
                                                **BETH BLOOM**
                                                **UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record