UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| L.S., a minor, by her mother and next friend YASMIN LORENA HERNANDEZ, *et al.*<br><br>*Plaintiffs,*<br><br>v.<br><br>SCOT PETERSON, *et al.*<br><br>*Defendants.* | Case No. 0:18-cv-61577-BB |

**NOTICE OF APPEAL**

Notice is hereby given that All Plaintiffs, L.S., a minor, by her mother and next friend YASMIN LORENA HERNANDEZ, *et al.*, in the above-named case, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Orders granting Defendants' Motions to Dismiss (Doc. #'s 50 and 51) dated December 12, 2018, which were docketed into this action on the 12th and 18th days of December 2018. A final judgment was entered in this matter on October 28, 2019, closing the case.

Respectfully Submitted,

Dated: November 6, 2019            Law Offices of Conrad J. Benedetto

By:  */s/ Kristoffer R. Budhram*
     Kristoffer R. Budhram (125950)
     *Attorney for Plaintiffs*
     50 N Laura St Ste 2500
     Jacksonville, FL 32202
     (412) 608- 9410
     krbudhram@benedettolaw.com

1

## CERTIFICATE OF SERVICE

Undersigned hereby states that on November 6, 2019, he caused the foregoing document to be filed electronically with the United States District Court and that a copy of said document was sent to all counsel of record through the Court's CM/ECF electronic filing system.

*/s/ Kristoffer R. Budhram*